AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
JUN 2 5 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| ROCIO VAZQUEZ HERNANDEZ, et.al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-19-CV-0037-DAE |
| METROPOLITAN LIFE INSURANCE Co., et.al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court GRANTS Defendants' Motions to Dismiss. Plaintiff's claims under ERISA are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. The Clerk's office is INSTRUCTED to ENTER JUDGMENT and CLOSE this CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David Alan Ezra.

Date:   06/25/2019

CLERK OF COURT

*Wayne Garcia*
Signature of Clerk or Deputy Clerk